## United States District Court Violation Notice

CVB Location Code: MN3

Violation Number: H 5040634
Officer Name (Print): Skramstad
Officer No.: 574

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 8-22-13 1421
Offense Charged: 41 CFR 102-74.430c (CFR)

Place of Offense: 1811 Chicago Ave

Offense Description: Vehicular and [redacted]

**DEFENDANT INFORMATION**
Phone: (   )
Last Name: [redacted]
First Name: [redacted]
M.I.: [redacted]

**VEHICLE DESCRIPTION**
Tag No.: 249 LHB
State: MN
Year: 95
Make/Model: Saturn
Color: green

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

Forfeiture Amount: $30.00
+ $25 Processing Fee
PAY THIS AMOUNT → $55.00 Total Collateral Due

YOUR COURT DATE
Court Address:
Date (mm/dd/yyyy):
Time (hh:mm):

X Defendant Signature: 

Original - CVB Copy
GSA2637

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 8-22, 2013 while exercising my duties as a law enforcement officer in the _____ District of _____

On 8/22/13 through my personal observation, I Inspector Skramstad observed a car, listed on the front of this citation, parked illegally in the bus stop area on the North east corner of the Minneapolis Social Security Administration. I contacted the Battle Creek Mega Center for the information relevant to the car. I then issued, name listed on the front of this citation, a citation for 41 CFR 102-74.430 Subpart C, Vehicular and Pedestrian Traffic.

The foregoing statement is based upon:
☑ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/22/2013
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge